1  James M. Walsh, Esq.
   State Bar No. 796
2  Walsh, Baker, Rosevear & Loomis P.C.
   9468 Double R Blvd., Suite A
3  Reno, NV  89521
   Attorney for Plaintiff
4
   Charles L. Burcham, Esq.
5  State Bar No. 2673
   Thierry V. Barkley, Esq.
6  Of Counsel
   State Bar No. 724
7  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran, Suite B
8  Reno, Nevada 89509
   Tel:  (775) 786-2882
9  Attorneys for Defendant
   NATIONAL FIRE INSURANCE COMPANY OF HARTFORD
10

11              UNITED STATES DISTRICT COURT

12                   DISTRICT OF NEVADA

13  PORT OF SUBS, INC., a Nevada              Case No:    3:14-cv-00572-MMD-VPC
    corporation,
14
                  Plaintiff,
15
          vs.
16
17  NATIONAL FIRE INSURANCE
    COMPANY OF HARTFORD,
18
                  Defendant.
19
20           **STIPULATION AND ORDER FOR DISMISSAL**

21       WHEREAS, the Parties have reached a settlement in this pending matter;

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1   IT IS HEREBY STIPULATED AND AGREED by and between the parties through their
2   undersigned counsel that Plaintiff's Complaint against the Defendant shall be dismissed
3   with prejudice with each party to bear their own attorneys' fees and costs incurred to date.

DATED this 29th day of September, 2015.

WALSH, BAKER, ROSEVEAR & LOOMIS P.C.

By: /s/ James M. Walsh
JAMES M. WALSH, ESQ.
9468 Double R Blvd., Suite A
Reno, NV 89521
Attorney for Plaintiff

DATED this 29th day of September, 2015.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: /s/ Thierry V. Barkley
CHARLES L. BURCHAM, ESQ.
THIERRY V. BARKLEY, ESQ.
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED this 30th day of September, 2015.

UNITED STATES DISTRICT JUDGE

- 2 -